Case 06-72341    Doc 64    Filed 04/25/08    Entered 04/25/08 11:56:27    Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CURTIS J. BUSCH & CANDY L. BUSCH                           Case Number: 06-72341
         3919 N. TWIN OAKS DRIVE                  SSN-xxx-xx-6132 & xxx-xx-6770
         WONDER LAKE, IL  60097

Case filed on: 12/12/2006
Plan Confirmed on: 7/25/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,404.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS PC | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
| 999 | CURTIS J. BUSCH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HARVARD SAVINGS BANK | 21,343.02 | 21,343.00 | 2,629.08 | 0.00 |
| 003 | HAUSELMAN RAPPIN & OLSWAND LTD | 68,254.19 | 0.00 | 0.00 | 0.00 |
| 004 | LASALLE NATIONAL | 3,745.00 | 3,745.00 | 581.35 | 282.21 |
|  | Total Secured | 93,342.21 | 25,088.00 | 3,210.43 | 282.21 |
| 002 | JOEL D. BERG | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 1,326.87 | 132.69 | 0.00 | 0.00 |
| 007 | BENEFICIAL | 10,598.87 | 1,059.89 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,022.25 | 102.22 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 998.65 | 99.86 | 0.00 | 0.00 |
| 010 | CERTIFIED SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CIT / FHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIRST FEDERAL CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FREEDMAN ANSELMO LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 344.49 | 34.45 | 0.00 | 0.00 |
| 016 | CREDITORS BANKRUPTCY SERVICE | 478.34 | 47.83 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 1,140.95 | 114.09 | 0.00 | 0.00 |
| 018 | UNITED COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERCY HEALTH SYSTEM | 450.39 | 45.04 | 0.00 | 0.00 |
| 020 | UNITED CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | UNITED CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | AFNI/VERIZON | 170.35 | 17.03 | 0.00 | 0.00 |
| 023 | ECMC | 4,760.47 | 476.05 | 0.00 | 0.00 |
| 024 | PORTFOLIO RECOVERY ASSOCIATES | 2,415.47 | 241.55 | 0.00 | 0.00 |
|  | Total Unsecured | 23,707.10 | 2,370.70 | 0.00 | 0.00 |
|  | Grand Total: | 120,049.31 | 30,458.70 | 5,710.43 | 282.21 |

Total Paid Claimant:      $5,992.64
Trustee Allowance:        $411.36
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 04/18/2008          By  /s/Heather M. Fagan